## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

DIERDRE C. CALDWELL, :

   Plaintiff, :

vs. : CA 18-0023-MU

NANCY A. BERRYHILL, :
Acting Commissioner of Social Security,
                                                                                  :

   Defendant.

## **JUDGMENT**

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff be awarded attorney's fees in the amount of $738.30 under the Equal Access to Justice Act, representing compensation for 3.7 hours of service by Ashley Brooke Thomas, Esquire, at the cost-of-living-adjusted rate of $199.54.

**DONE** this the 16th day of November, 2018.

                               s/P. BRADLEY MURRAY
                              **UNITED STATES MAGISTRATE JUDGE**